■ RUTH E. OLDEN, Appellant, v. GEORGE GOODSTEIN, Respondent.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur— Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ MARIE SWANTON, as Administratrix of the Estate of JOHN T. SWANTON, Deceased, Respondent, v. JOHN HEILMANN, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of AARON H. KAUFMAN, Petitioner, for Reinstatement as an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ BACHE & Co., Respondent, v. MAX GROSSMAN, Respondent, and M. MACSCHWEBEL et al., Appellants.— Motion for reargument denied, with $10 costs. Concur— Peck, P. J., Botein, Rabin, Cox and Valente, JJ. [See ante, p. 876.]

■ FRANCES J. SPIER v. CHARLES L. STILLMAN.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ. [See ante, p. 842.]

■ In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under Agreement made by the New York Foundation. LOUISA RICE, Appellant; CITY BANK FARMERS TRUST COMPANY, as Trustee, et al., Respondents.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 816.]

■ JOSEF TEITELBAUM, an Infant, by ARON TEITELBAUM, His Guardian ad Litem, et al., v. EDWARD COLIN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See ante, p. 879.]

■ CHARLES M. MILLER et al., Copartners Doing Business as DAUNTLESS TOWING LINE v. JAKOBSON SHIPYARD, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox, and Valente, JJ. [See ante, p. 849.]

■ SKEFFINGTON S. NORTON et al., Copartners Doing Business as NORTON, LILLY & COMPANY v. JOHN T. CLARK & SON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin, Cox and Valente, JJ. [See ante, p. 875.]

■ ANNE V. DE SAIRIGNE v. UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of FRANK J. GOULD, Deceased.—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ. [See ante, p. 848.]

■ In the Matter of STANLEY D. WAXBERG et al., as Executors of ALFRED EDWARDS, Deceased, Respondents. JEANETTE G. EDWARDS, Appellant; FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ. [See ante, p. 838.]

■ In the Matter of the Accounting of ALFRED J. GILBERT et al., Respondents, as Trustees of the Trust Created under a Deed of Trust between ALFRED J. GILBERT et al. and EQUITABLE TRUST COMPANY OF NEW YORK. FIRST NATIONAL BANK OF PORTLAND, OREGON, et al., as Trustees under the Will of LILLIAN LANG, Deceased, et al., Appellants; JACOB K. JAVITS, as Attorney-General of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ. [See ante, p. 876.]